AETNA INSURANCE COMPANY, a corporation, et al., Appellants,

v.

CHICAGO, ROCK ISLAND and PACIFIC RAILROAD COMPANY, a corporation, Appellee.

No. 5134.

United States Court of Appeals Tenth Circuit.

June 30, 1955.

Donald N. Clausen, Herbert W. Hirsh, Chicago, Ill., Donald C. Little, and Frank L. Bates, Kansas City, Kan., on the brief, for appellants.

Milton V. Thompson, Chicago, Ill., Clayton M. Davis, and Mark L. Bennett, Topeka, Kan., on the brief, for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

The motion to dismiss the appeal herein is denied on authority of Wilson v. Republic Iron & Steel Co., 257 U.S. 92, 96, 42 S.Ct. 35, 66 L.Ed. 144.

COMMISSIONER OF INTERNAL REVENUE, Petitioner,

v.

BRIDGEPORT HYDRAULIC COMPANY, Respondent.

No. 245, Docket 23396.

United States Court of Appeals Second Circuit.

Argued May 10, 1955.

Decided July 1, 1955.

Davis W. Morton, Jr., H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Hilbert P. Zarky, Sp. Assts. to Atty. Gen., for petitioner.

Philo C. Calhoun, Bridgeport, Conn., Hugh Satterlee, New York City, Philo C. Calhoun, Bridgeport, Conn., Rollin Browne, New York City, Marsh, Day & Calhoun, Bridgeport, Conn., Satterlee, Browne & Cherbonnier, New York City, of counsel, for respondent.

Before HAND, SWAN and FRANK, Circuit Judges.

PER CURIAM.

Affirmed upon the opinion of the Tax Court. 22 T.C. 215.